# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

**LOL FINANCE CO.**                                      **CASE NO.  2:25-CV-01179**

**VERSUS**                                               **JUDGE JAMES D. CAIN, JR.**

**KURT WILLIAM GAYLE**                                   **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby

**ORDERS, ADJUDGES,** and **DECREES** that the Motion for Summary Judgment [doc.

32] be **GRANTED** and judgment will be entered against defendant Gayle on LOL Finance

Co.'s claims, holding Gayle liable for the outstanding amounts owed, including accruing

interest, under the Loan Agreement as well as attorney fees and costs incurred by LOL

Finance Co. ("LOLFC") in this matter. LOLFC is given **fourteen days** from the date of

this judgment to submit a bill of costs and statement of the outstanding balance owed under

the Loan Agreement. Defendant Gayle will then have **fourteen days** to submit a response.

THUS DONE AND SIGNED in Chambers on the 27th day of May, 2026.

                         JAMES D. CAIN, JR.
                    UNITED STATES DISTRICT JUDGE