**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **L O L FINANCE CO** | **CASE NO.  2:25-CV-01179** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **KURT WILLIAM GAYLE** | **MAGISTRATE JUDGE LEBLANC** |

**MEMORANDUM ORDER**

Before the court is a Motion for Submission of Final Judgment [doc. 51] filed by plaintiff LOL Finance Co. ("LOLFC"). The court granted LOLFC's Motion for Summary Judgment on May 27, 2026, holding defendant Gayle liable for outstanding amounts owed under the Loan Agreement, including accruing interest, as well as attorney fees and costs incurred by LOLFC. Doc. 45. The court gave LOLFC fourteen days from the date of judgment to submit a bill of costs and statement of the outstanding balance owed under the Loan Agreement, and stated that Gayle would "then have fourteen days to submit a response." *Id.* LOLFC filed its submissions on June 2, 2026. Docs. 48, 49. Gayle has filed nothing within the response time provided. Accordingly, LOLFC now moves for entry of final judgment. The court has reviewed LOLFC's submissions and finds them to be reasonable and adequately supported. Accordingly, **IT IS ORDERED** that the Motion [doc. 51] be **GRANTED**. The court will issue the proposed final judgment.

**THUS DONE AND SIGNED** in Chambers on the 18th day of June, 2026.

                    JAMES D. CAIN, JR.
              UNITED STATES DISTRICT JUDGE