# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOL Finance Co.** | **Docket No.: 25-cv-1179-JDC-TPL** |
| **Plaintiff** | **Judge James D. Cain, Jr.** |
| **v.** | |
| **Kurt William Gayle** | |
| **Defendant** | |

### FINAL JUDGMENT

CONSIDERING this Court's Judgment dated May 27, 2026 [Doc. 45] granting the Motion for Summary Judgment filed by Plaintiff LOL Finance Company [Doc. 32], this Court's Memorandum Ruling [Doc. 44], and Plaintiff's LOL Finance Company Bill of Costs [Doc. 48] and Statement of Outstanding Amounts Owed In Accordance with Judgment [Doc. 49],

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff LOL Finance Company and against Defendant **KURT WILLIAM GAYLE** [s.s.xxx-xx-x999] (a) in the principal amount of $105,423.12 plus interest in the amount of $863.55 calculated at the per diem rate of $19.19 per day from March 30, 2026 to June 15, 2026, for the total amount of principal and interest of $106,286.67, (b) plus actual attorney fees incurred in the amount of $19,594.50, (c) plus costs incurred in the amount of $650.30, for a total judgment amount of **$126,531.49**.

THUS DONE AND SIGNED in Chambers on the 18th day of June, 2026

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**