**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **L O L FINANCE CO** | **CASE NO. 2:25-CV-01179** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **KURT WILLIAM GAYLE** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the second Motion to Dismiss [doc. 64] be **GRANTED** and that the Amended Third-Party Complaint [doc. 63] be **DISMISSED WITH PREJUDICE**, resulting in the closure of this case.

**THUS DONE AND SIGNED** in Chambers on the 13th day of November, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**